# Exhibit A

**2012 FOR PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# F03000005373

FILED
Jan 03, 2012
Secretary of State

Entity Name: HON HAI PRECISION INDUSTRY CO., LTD.

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| NO. 2 TZE YU ST.<br>TUCHENG INDUST. DIST.<br>TAIPEI HSIEN, TW      TW | |

| **Current Mailing Address:** | **New Mailing Address:** |
|---|---|
| 288 S MAYO AVE<br>CITY OF INDUSTRY, CA  91789 | |

FEI Number: 33-0872500    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|
| C T CORPORATION SYSTEM<br>1200 SOUTH PINE ISLAND ROAD<br>PLANTATION, FL  33324    US | |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
                         Electronic Signature of Registered Agent                                                                  Date

**OFFICERS AND DIRECTORS:**

Title:        PD
Name:      GUO, TAI-MING
Address:   NO. 2 TZE YU ST., TU-CHENG IND. DIST.
City-St-Zip: TAIPEI HSIEN, TW   TW

Title:        ST
Name:      HUANG, CHIU-LIAN
Address:   NO. 2 TZE YU ST., TU-CHENG IND. DIST.
City-St-Zip: TAIPEI HSIEN, TW   TW

Title:        D
Name:      TAI, JENG-WU
Address:   NO. 2 TZE YU ST., TU-CHENG IND. DIST.
City-St-Zip: TAIPEI HSIEN, TW   TW

Title:        D
Name:      LU, SIDNEY
Address:   NO. 2 TZE YU ST., TU-CHENG IND. DIST.
City-St-Zip: TAIPEI HSIEN, TW   TW

Title:        D
Name:      HUANG, CHENG-CHICK
Address:   NO. 2 TZE YU ST., TU-CHENG IND. DIST.
City-St-Zip: TAIPEI HSIEN, TW   TW

Title:        D
Name:      CHIEN, YI-PIN
Address:   NO. 2 TZE YU ST., TU-CHENG IND. DIST.
City-St-Zip: TAIPEI HSIEN, TW   TW

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: CHIU-LIAN HUANG                                                S                    01/03/2012
                       Electronic Signature of Signing Officer or Director                                                        Date